# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DAVID MEIXELSPERGER, et al.,**

        Plaintiffs,

    -vs-                                 **Case No. 07-C-488**

**MERCK & CO., Inc.,**

        Defendant.

## DECISION AND ORDER

This matter comes before the Court on the parties' joint motion to stay proceedings pending the expected transfer of this case to be joined with the Multi-District Litigation pending in the Eastern District of Louisiana.

**IT IS HEREBY ORDERED THAT** the joint motion to stay [Docket No. 6] is **GRANTED**. This matter is **CLOSED** for administrative purposes.

Dated at Milwaukee, Wisconsin, this 3rd day of July, 2007.

                                              **SO ORDERED,**

                                              **s/ Rudolph T. Randa**
                                              **HON. RUDOLPH T. RANDA**
                                              **Chief Judge**